# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4000
EMAIL ADDRESS: MELLK@JACKSONLEWIS.COM

January 17, 2018

**VIA ECF**
Alison J. Nathan, United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:      Patricia Bentivegna v. Odyssey House, Inc. and Durga Vallabhaneni
               Civil Action No.: 17-CV-07079(AJN)

Dear Judge Nathan:

      We are attorneys for Defendants Odyssey House, Inc. and Durga Vallabhaneni ("Defendants") in the above-referenced action. Pursuant to the Court's Order dated December 15, 2017, (Docket No. 15), the Parties submit this joint letter to update the Court regarding the status of mediation. The mediation is currently scheduled for February 22, 2018. The Parties will provide an update to the Court following the mediation.

                          Very truly yours,

                          JACKSON LEWIS P.C.

                          Wendy J. Mellk

cc via ECF:    Kevin P. Connolly
                     Andrew M. Moskowitz

4835-8342-4346, v. 1